IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. ALDRIDGE, | No. CIV S-09-1737-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JASON M. SERAK, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action relating to notices of eviction posted on real property incident to a foreclosure order.  Pending before the court is defendants' motion to dismiss (Doc. 11).  Plaintiff has not filed a timely opposition.  Pursuant to Eastern District of California Local Rule 78-230(h), the hearing scheduled for September 25, 2009, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

 DATED: September 21, 2009

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE