IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C. ALDRIDGE, | No. CIV S-09-1737-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JASON M. SERAK, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action relating to notices of eviction posted on real property incident to a foreclosure order.  This matter is currently set for a scheduling conference on November 19, 2009.  That hearing is vacated pending resolution of defendants' motions to dismiss.

      IT IS SO ORDERED.

DATED: October 21, 2009

                                                      */s/ Craig M. Kellison*
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE